**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Michigan Pain Consultants, P.C.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-2561725** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **250 Monroe Ave NW.** **Ste. 400** **PMB 17089** **Grand Rapids, MI 49503** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kent** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.michiganpain.com/** |

| | | | |
|---|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) | |
| | | ☐ Partnership (excluding LLP) | |
| | | ☐ Other. Specify: _____ | |

| Debtor | **Michigan Pain Consultants, P.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

6/12/24  4:02PM

Debtor   **Michigan Pain Consultants, P.C.**          Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases**          ■ No
**pending or being filed by a**          ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,          Debtor _____          Relationship _____
attach a separate list
          District _____ When _____          Case number, if known _____

**11.** **Why is the case filed in**   *Check all that apply:*
**this district?**
          ■          Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                    preceding the date of this petition or for a longer part of such 180 days than in any other district.

          ☐          A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**   ■ No
**have possession of any**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**          **Why does the property need immediate attention?** (*Check all that apply.*)

          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
               What is the hazard? _____

          ☐ It needs to be physically secured or protected from the weather.

          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
               livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

          ☐ Other _____
          **Where is the property?** _____
                                        Number, Street, City, State & ZIP Code

          **Is the property insured?**

          ☐ No

          ☐ Yes.   Insurance agency _____
                    Contact name _____
                    Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
**available funds**
          ■ Funds will be available for distribution to unsecured creditors.

          ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**   ☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**          ☐ 50-99          ☐ 5001-10,000          ☐ 50,001-100,000
          ■ 100-199          ☐ 10,001-25,000          ☐ More than100,000
          ☐ 200-999

**15.** **Estimated Assets**   ☐ $0 - $50,000          ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
          ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
          ■ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
          ☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000          ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

6/12/24  4:02PM

Debtor  **Michigan Pain Consultants, P.C.**                                                    Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Michigan Pain Consultants, P.C.**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 12, 2024**
_____
MM / DD / YYYY

**X** **/s/ Stacy Ward**                                    **Stacy Ward**
_____            _____
Signature of authorized representative of debtor        Printed name

Title    **Executive Director**
_____

**18. Signature of attorney**

**X** **/s/ Charles D. Bullock**                         Date    **June 12, 2024**
_____            _____
Signature of attorney for debtor                       MM / DD / YYYY

**Charles D. Bullock P55550**
_____
Printed name

**Stevenson & Bullock, P.L.C.**
_____
Firm name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(248)354-7906 Ext. 2224**        Email address    **cbullock@sbplclaw.com**

**P55550 MI**
_____
Bar number and State

## CORPORATE RESOLUTION
## <u>AUTHORIZING FILING OF BANKRUPTCY PETITION</u>

I, Bindu U. Popat-Lewis, do hereby certify that this Resolution by unanimous consent of the shareholders of Michigan Pain Consultants, P.C. ("the Company"), a professional corporation duly organized and existing under the laws of the State of Michigan, authorizing the Company to file a voluntary bankruptcy petition was adopted on May 16, 2024.

WHEREAS, in the judgment of the shareholders of the Company, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11, subchapter V of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

FURTHER RESOLVED that Stacy Ward is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11, subchapter V of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Stacy Ward is authorized to employ Stevenson & Bullock, P.L.C. to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Stacy Ward is authorized to employ Taft Stettinius & Hollister LLP and The Health Law Partners to serve as special counsel on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Stacy Ward is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Stacy Ward is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Stacy Ward to effectuate the intent of these resolutions are hereby ratified and approved.

FURTHER RESOLVED, that any and all past actions heretofore taken by any shareholders, directors, and officers of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

SIGNATURE FOLLOWS ON NEXT PAGE

DocuSigned by:

_____
29BBC09BEEB944C...

Bindu U. Popat-Lewis
Michigan Pain Consultants, P.C.
Its Board President
Date: June 11, 2024

133428280v1

**Fill in this information to identify the case:**

Debtor name    **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 12, 2024**     X **/s/ Stacy Ward**
                                     Signature of individual signing on behalf of debtor

                                     **Stacy Ward**
                                     Printed name

                                     **Executive Director**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Michigan Pain Consultants, P.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐  Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2147 Health Drive, LLC** **6300 Venture Hills Blvd. SW** **Byron Center, MI 49315** | kevin@engen5.com **(616) 890-9228** | **Real property lease** | **Contingent Unliquidated Disputed** | | | $222,108.64 |
| **6896 Greenville, LLC** **Cyndy Walsh** **2078 Stickley Dr.  SE** **Grand Rapids, MI 49506** | cyndywalsh10@gmail.com **(616) 581-7876** | **Real property lease** | **Contingent Unliquidated Disputed** | | | $34,042.20 |
| **Backup & Company** **Ryan Ferguson** **14467 W. 57th Place** **Arvada, CO 80002** | Ryan Ferguson ryanferguson@gmail.com | **Real property lease** | **Contingent Unliquidated Disputed** | | | $67,305.41 |
| **Brockton Properties, LLC** **c/o Rhoades McKee** **Attn. Todd A. Hendricks** **55 Campau Ave., NW, Ste. 300** **Grand Rapids, MI 49503** | thendricks@rhoadesmckee.com | **Real property lease** | **Contingent Unliquidated Disputed** | | | $297,963.21 |
| **De Lage Landen Financial Services, Inc.** **PO Box 825736** **Philadelphia, PA 19182-5736** | customersupport@leasedirect.com **1-800-957-1664** | **Equipment loan** | **Contingent Unliquidated Disputed** | | | $58,390.39 |
| **eClinical Works** **Loretta Galligan** **P.O. Box 847950** **Boston, MA 02284-7950** | Loretta Galligan ECLINICALWORKS @billtrust.com **(508) 475-3066** | **Services** | | | | $85,868.95 |

Debtor  **Michigan Pain Consultants, P.C.**                                        Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fifth Third** **Warner, Norcross and Judd LLP** **2715 Woodward Ave.** **Suite 300** **Detroit, MI 48201** | **Dennis Loughlin** dloughlin@wnj.com **(313) 546-6000** | **Loan** | **Contingent** **Unliquidated** **Disputed** | | | $350,000.00 |
| **Grand Rapids Charter Township** **1836 East Beltline Ave.  NE** **Grand Rapids, MI 49525** | receptionist@grandrapidstwp.org | **Taxes** | | | | $31,992.28 |
| **Helix Scribes** **4100 Embassy Drive SE** **Suite 400** **Grand Rapids, MI 49546** | **Kristi Pazik** kpazik@ecs-wmi.com **(616) 988-8222** | **Services** | | | | $102,100.87 |
| **Holland Med. Office Equities** **Chris Gates** **3949 Sparks Drive SE** **Suite 102** **Grand Rapids, MI 49546** | **Chris Gates** Chris.Gates@GatesPCG.com **(616) 942-1930** | **Real property lease** | **Contingent** **Unliquidated** **Disputed** | | | $98,267.82 |
| **McKesson** **PO Box 634404** **Cincinnati, OH 45263-4404** | **Eric Crews** Eric.Crews@Mckesson.com **800-453-5180** | **Supplier** | **Contingent** **Unliquidated** **Disputed** | | | $700,000.00 |
| **MPC Real Estate Holding LLC** **3235 Eagle  Park Dr NE** **Grand Rapids, MI 49525-7071** | **Dave Argenzio** dargenzio@smgmichigan.com **(616) 425-1048** | **Real property lease** | | | | $571,210.45 |
| **Nexcom Properties 1, LLC** **David J Jacobs** **2785 Cline Road** **Muskegon, MI 49444** | **David J. Jacobs** djj99@aol.com **231-759-1130** | **Real property lease** | **Contingent** **Unliquidated** **Disputed** | | | $75,929.20 |
| **Nimble** **7 Arnage Road** **Chesterfield, MO 63005** | **Derek Young** Derek.Young@nimblercm.com **636-273-6711** | **Services** | **Contingent** **Unliquidated** **Disputed** | | | $807,386.73 |

Debtor  **Michigan Pain Consultants, P.C.**                                    Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Phoenix Synergy Chris Pauwels 1819 East Morten Avenue Suite 140 Phoenix, AZ 85020 | Chris Pauwels chris@phoenixsynergy.com 602-216-0960 | Services | Contingent Unliquidated Disputed | | | $362,546.35 |
| ProCare Joel Schermer 1305 Walt Whitman Road Suite 300 Melville, NY 11747 | Joel Schermer jschermer@napaanesthesia.com (616) 940-2662 | Services | Contingent Unliquidated Disputed | | | $460,000.00 |
| Stratus Bldg Solutions of West MI Michele Nichols 120 54th Street SW Wyoming, MI 49548 | Michele Nichols mnichols@stratusclean.com 616-244-9400 | Services | | | | $40,699.40 |
| Stryker Sales, LLC Kaybel Rojas 21343 Network Place Chicago, IL 60673-1213 | Kaybel Rojas Kaybel.rojas@stryker.com 669-285-5833 | Services | Unliquidated Disputed | | | $756,343.50 |
| The Health Law Partners Vicki Myckowiak 32000 Northwestern Hwy. Ste. 240 Farmington Hills, MI 48334 | Vicki Myckowiak VMyckowiak@thehlp.com (248) 996-8510 | Services | | | | $33,315.00 |
| Varnum 333 Bridge Street NW Suite 1700 Grand Rapids, MI 49504 | generalinfo@varnumlaw.com | Services | | | | $31,595.00 |

# United States Bankruptcy Court
## Western District of Michigan

In re  **Michigan Pain Consultants, P.C.**

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Powell**<br>**4184 Settlers Ridge Rd., NE**<br>**Belmont, MI 49306-8006** | | **11.1%** | **Shareholder** |
| **Bennett Willard**<br>**8490 Feather Ridge Lane**<br>**Belding, MI 48809** | | **11.1%** | **Shareholder** |
| **Bindu Popat-Lewis**<br>**361 Manhattan Rd., SE**<br>**East Grand Rapids, MI 49506-2018** | | **11.1%** | **Shareholder** |
| **Eric Kozfkay**<br>**2610 Albert Dr., SE**<br>**Grand Rapids, MI 49506** | | **11.1%** | **Shareholder** |
| **John Birgiolas**<br>**5077 Lofting Dr., NE**<br>**Belmont, MI 49306-9028** | | **11.1%** | **Shareholder** |
| **Kevin Nemeth**<br>**8010 Shadybrook Dr., SE**<br>**Ada, MI 49301-9303** | | **11.1%** | **Shareholder** |
| **Lisa Pullum**<br>**10253 Baldwin Road**<br>**Greenville, MI 48838-6107** | | **11.1%** | **Shareholder** |
| **Mark Juska**<br>**1025 Anthony Dr.**<br>**Norton Shores, MI 49441-7304** | | **11.1%** | **Shareholder** |
| **Scott Greenwald**<br>**9034 Pine Island Dr., NE**<br>**Comstock Park, MI 49321-9530** | | **11.1%** | **Shareholder** |

6/12/24  4:02PM

In re:  **Michigan Pain Consultants, P.C.**                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the **Executive Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 12, 2024** _____          Signature  **/s/ Stacy Ward**_____

**Stacy Ward**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
## Western District of Michigan

In re   **Michigan Pain Consultants, P.C.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 12, 2024**

**/s/ Stacy Ward**

**Stacy Ward/Executive Director**
Signer/Title

.

2147 HEALTH DRIVE, LLC
6300 VENTURE HILLS BLVD. SW
BYRON CENTER MI 49315


6896 GREENVILLE, LLC
CYNDY WALSH
2078 STICKLEY DR.  SE
GRAND RAPIDS MI 49506


ABBOTT LABORATORIES, INC.
22400 NETWORK PLACE
CHICAGO IL 60673-1224


ABSOPURE
DEPT #996158  PO BOX 701760
PLYMOUTH MI 48170


ADT SECURITY SERVCES
PO BOX 371878
PITTSBURGH PA 15250-7878


AIRGAS USA, LLC
PO BOX 734445
CHICAGO IL 60673-4445


ALL BEANS COFFEE CO.
PO BOX 158
CADILLAC MI 49601


AMERICAN MEDICAL SYSTEMS, INC.
27517 SCHOOLCRAFT
LIVONIA MI 48150


ANKURA CONSULTING GROUP LLC
PO BOX 74007043
CHICAGO IL 60674-7043


ARGON MEDICAL DEVICES, INC.
7800 DALLAS PARKWAY
SUITE 200
PLANO TX 75024


ARROW SWIFT
6540 S. RD.
GREENVILLE MI 48838

```
ART'S REFRIGERATION INC.
3774 28TH ST. SW
GRANDVILLE MI 49418


ARTHREX, INC.
P.O. BOX 403511
ATLANTA GA 30384-3511


AUTOMATIC DOOR SERVICE
4549 40TH STREET SE
GRAND RAPIDS MI 49512


BACKUP & COMPANY
RYAN FERGUSON
14467 W. 57TH PLACE
ARVADA CO 80002


BOSTON SCIENTIFIC
P.O. BOX 786205
PHILADELPHIA PA 19178-6205


BREDEWEG & ZYLSTRA, PC
4665 BROADMOOR SE SUITE 210
GRAND RAPIDS MI 49512


BROCKTON PROPERTIES, LLC
C/O RHOADES MCKEE
ATTN. TODD A. HENDRICKS
55 CAMPAU AVE., NW, STE. 300
GRAND RAPIDS MI 49503


BROCKTON PROPERTIES, LLC
6355 EAST PARIS AVENUE SE
CALEDONIA MI 49316


BYRON PLUMBING, INC
4577 88TH STREET SW
BRYON CENTER MI 49315


CARELINC MEDICAL EQUIPMENT & SUPPLY
89 54TH STREET S.W.
GRAND RAPIDS MI 48548-5503
```

CITY OF HOLLAND
CITY TREASURER'S OFFICE 270 S RIVER AVE.
HOLLAND MI 49423


CITY OF KENTWOOD TREASURER
4900 BRETON AVENUE SE PO BOX 8848
KENTWOOD MI 49518-8848


CLEANING SOLUTIONS, LLC
11858 OAKFIELD VALLEY DR NE
ROCKFORD MI 49341


CLINICALLY SPEAKING
1801 W. OLYMPIC BLVD.
PASADENA CA 91199-2433


CMS
WPS GOV'T HEALTH ADMINISTRATOR
P.O. BOX 8064
MADISON WI 53708-8064


COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-0219


CONSENSUS CLOUD SOLUTIONS, LLC
PO BOX 51873
LOS ANGELES CA 90051


CONSUMERS ENERGY
PO BOX 740309
CINCINNATI OH 45274-0309


CONTINENTAL LINEN SERVICE
4200 MANCHESTER ROAD
KALAMAZOO MI 49001


COREWELL HEALTH OCCUPATIONAL HEALTH
PO BOX 2048
GRAND RAPIDS MI 49501


CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

CULLIGAN OF GREENVILLE
708 N. LAFAYETTE
GREENVILLE MI 48838


CUNNINGHAM COMMUNICATIONS, INC.
1675-G MICHIGAN ST. NE
GRAND RAPIDS MI 49503


CURI
DEPT 4152  PO BOX 30516
LANSING MI 48909-8016


CURONIX, LLC
1310 PARK CENTRAL BLVD S
POMPANO BEACH FL 33064


DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO BOX 825736
PHILADELPHIA PA 19182-5736


DE LAGE LANDEN FINANCIAL SVCS.
1111 OLD EAGLE SCHOOL RD.
WAYNE PA 19087


DELTA DENTAL
4100 OKEMOS RD.
OKEMOS MI 48864


DIALPAD, INC
RISHAV SHANDILYA
DEPT. 3808 PO BOX 123808
DALLAS TX 75312-3808


DIGITAL OFFICE MACHINES, INC.
DAN ROBINET
P.O. BOX 88216
KENTWOOD MI 49518


DTE ENERGY
PO BOX 740786
CINCINNATI OH 45274-0786

EAGLE PARK PARTNERS LLC
DAVE ARGENZIO
3235 EAGLE PARK DR NE
GRAND RAPIDS MI 49525-7071


ECLINICAL WORKS
LORETTA GALLIGAN
P.O. BOX 847950
BOSTON MA 02284-7950


EPS SECURITY
750 FRONT NW
GRAND RAPIDS MI 40504-4470


EYE MED
PO BOX 632530
CINCINNATI OH 45263-2530


FAHEY SCHULTZ BURZYCH & RHODES
JESSICA STEWART
4151 OKEMOS ROAD
OKEMOS MI 48864


FEYEN ZYLSTRA, LLC
ASHLEY DONLEY
2396 HILLSIDE DR. SW
GRAND RAPIDS MI 49544


FIFTH THIRD
WARNER, NORCROSS AND JUDD LLP
2715 WOODWARD AVE.
SUITE 300
DETROIT MI 48201


FIFTH THIRD BANK (WESTERN MI)
1850 EAST PARIS SE
ATTN. COM. LOAN COLLATERAL SRV
GRAND RAPIDS MI 49546


FIRST CHOICE COFFEE
1460 COMBERMERE DR.
TROY MI 48083


FISH WINDOW CLEANING
PO BOX 723
GRANDVILLE MI 49468

```
FLEX FINANCIAL
DIVISION OF STRYKER SALES CORP
1111 OLD EAGLE ROAD
WAYNE PA 19087


GE HFS, LLC
9900 INNOVATION DRIVE
MILWAUKEE WI 53226


GLEN VALLEY RETAIL CENTER II
C/O RHOADES MCKEE
ATTN. TODD A. HENDRICKS
55 CAMPAU AVE., NW, STE. 300
GRAND RAPIDS MI 49503


GLEN VALLEY RETAIL CENTER II
6355 EAST PARIS AVENUE SE
CALEDONIA MI 49316


GRAND RAPIDS CHARTER TOWNSHIP
1836 EAST BELTLINE AVE. NE
GRAND RAPIDS MI 49525


GREAT LAKES WATER QUALITY LAB
6461 SUNSET DR.
LAKE ANN MI 49650


GREENVILLE AREA CHAMBER OF COMMERCE
210 S. LAFAYETTE ST.
GREENVILLE MI 48838


GREENVILLE AREA RECREATION & COMMUNITY C
900 KENT RD.
GREENVILLE MI 48838


HEALTHCARE FINANCIAL SERVICES (GE)
PO BOX 614149
PITTSBURGH PA 15264-1419


HELIX SCRIBES
4100 EMBASSY DRIVE SE
SUITE 400
GRAND RAPIDS MI 49546
```

```
HERITAGE POINTE VENTURES, LLC
C/O RHOADES MCKEE
ATTN. TODD A. HENDRICKS
55 CAMPAU AVE., NW, STE. 300
GRAND RAPIDS MI 49503


HERITAGE POINTE VENTURES, LLC
6355 EAST PARIS AVENUE SE
CALEDONIA MI 49316


HIBU, INC.
ATTN: CUSTOMER SERVICE
221 THIRD AVENUE, SE
SUITE 300
CEDAR RAPIDS IA 52401


HOLLAND BOARD OF PUBLIC WORKS
625 HASTINGS AVE
HOLLAND MI 49423-5475


HOLLAND HOSPITAL MEDICAL STAFF
602 MICHIGAN AVE
HOLLAND MI 49423


HOLLAND MED. OFFICE EQUITIES
CHRIS GATES
3949 SPARKS DRIVE SE
SUITE 102
GRAND RAPIDS MI 49546


INDEED, INC
MAIL CODE 5160 PO BOX 660367
DALLAS, TEXAS 75266-0367


INTERNAL REVENUE SERVICE
CENTRALIZED INSLOVENCY OPERATI
PO BOX 21126
PHILADELPHIA PA 19114


KENT COMMUNICATIONS, INC. (KCI)
SARAH ANDREWS
3910 EAST PARIS AVE. SE
GRAND RAPIDS MI 49512
```

```
LABCORP
PO BOX 12140
BURLINGTON NC 27216-2140


LANDAUER
EDDYE HURT
P.O. BOX 809051
CHICAGO IL 60680-9051


LIAISON LINGUISTICS
PO BOX 8264
GRAND RAPIDS MI 49518


LINCARE INC
PO BOX 746051
ATLANTA GA 30374


LINDE GAS & EQUIPMENT, INC.
ANDREW WRIGHT
DEPT. CH 10660
PALATINE IL 60055-0660


MBK CORPORATE PROMOTIONS
2405 PORTER ST  SW OFC J
WYOMING MI 49519


MCKESSON
PO BOX 634404
CINCINNATI OH 45263-4404


MCKESSON CORPORATION
6651 GATEWAY PARKWAY
JACKSONVILLE FL 32256


MED-TECH SUPPORT SERVICES, INC.
149 VALLEY AVE NW
GRAND RAPIDS MI 49504


MEDICAL ADVANTAGE
39555 ORCHARD HILL PLACE
 SUITE 445
NOVI MI 48375
```

MEDTRAINER
PO BOX 31001-3416
PASADENA CA 91110-3416

MEDTRONIC USA
4642 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0046

MHV CONDO ASSOCIATION
2380 HEALTH DR SW  SUITE 210
WYOMING MI 49519

MICHIGAN DEPARTMENT OF TREASUR
COLLECTIONS/BANKRUPTCY UNIT
P.O. BOX 30168
LANSING MI 48909

MICHIGAN OSTEOPATHIC ASSOCIATION
2112 UNIVERSITY PARK DR. STE 100
OKEMOS MI 48864

MICHIGAN STATE UNIVERSITY
MICHIGAN STATE UNIVERSITY COM
BUSINESS
EAST LANSING MI 48824-1316

MPC REAL ESTATE HOLDING LLC
3235 EAGLE  PARK DR NE
GRAND RAPIDS MI 49525-7071

MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA NE 68103-2147

NEVRO
NEVRO CORP. P.O. BOX 845694
DALLAS TX 75284-5694

NEXCOM PROPERTIES 1, LLC
DAVID J JACOBS
2785 CLINE ROAD
MUSKEGON MI 49444

NEXCOM PROPERTIES I, LLC
DAVID J. JACOBS
2785 CLINE ROAD
MUSKEGON MI 49441


NEXTGEN HEALTHCARE, INC.
PO BOX 809390
CHICAGO IL 60680


NIMBLE
7 ARNAGE ROAD
CHESTERFIELD MO 63005


ODP BUSINESS SOLUTIONS
6600 N MILITARY TRAIL
BOCA RATON FL 33496


OEC MEDICAL SYSTEMS, INC.
2984 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


OTIS
PO BOX 73579
CHICAGO IL 60673-3579


PHOENIX SYNERGY
CHRIS PAUWELS
1819 EAST MORTEN AVENUE
SUITE 140
PHOENIX AZ 85020


PROCARE
JOEL SCHERMER
1305 WALT WHITMAN ROAD
SUITE 300
MELVILLE NY 11747


QUADIENT FINANCE USA, INC.
LINDA MORSE
PO BOX 6813
CAROL STREAM IL 60197-6813


RAPID FIRE PROTECTION
8274 ALPINE AVE NW
SPARTA MI 49345

REALTIME SOFTWARE SOLUTIONS, LLC
PO BOX 92331
LAS VEGAS NV 89193-2231


REBECCA KARSTEN
8597 ELDORA DR. SW
BYRON CENTER MI 49315


REPUBLIC SERVICES #239
PO BOX 9001099
LOUISVILLE KY 40290-1099


REPUBLIC SERVICES #240
PO BOX 9001099
LOUISVILLE KY 40290-1099


RISKAWARE
HEATHER STERN
8170 CORPORATE PARK DR. SUITE #144
CINCINNATI OH 45242


ROSE PEST SOLUTIONS
PATRICIA RYAN
PO BOX 71400
MADISON HEIGHTS MI 48071-0400


SEAMAN'S
2510 OAK INDUSTRIAL DRIVE NE
GRAND RAPIDS MI 49505


SHRED IT
28883 NETWORK PLACE
CHICAGO IL 60673


SNELLER SNOW & GROUNDS
675 CLYDE CT SW
BYRON CENTER MI 49315


SNOW TURF, LLC
720 HAZEL STREET
HOWARD CITY MI 49329


SPECTRUM BUSINESS
CHARTER COMMUNICATIONS  PO BOX 94188
PALATINE IL 60094-4188

```
STATE OF MI - DEPT OF TREASURY
OFFICE OF COLLECTIONS  PO BOX 77929
DETROIT MI 48277-0929


STATE OF MI DEPT OF LABOR & ECON
RADIATION SAFETY SECTION
PO BOX 30658
LANSING MI 48909-8158


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
P.O. BOX 77437
DETROIT MI 48277-0437


STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL
CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT MI 48202


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
COLLECTIONS DIVISION
TREASURY BUILDING
LANSING MI 48922


STERICYCLE
P.O. BOX 6575
CAROL STREAM IL 60197-6575


STEVENS MOON & ASSOCIATES
2560 SWAN RD.
DANSVILLE MI 48819


STRATUS BLDG SOLUTIONS OF WEST MI
MICHELE NICHOLS
120 54TH STREET SW
WYOMING MI 49548


STRATUS VIDEO, LLC
33 N. GARDEN AVE.
SUITE 1000
CLEARWATER FL 33755
```

STRYKER SALES, LLC
KAYBEL ROJAS
21343 NETWORK PLACE
CHICAGO IL 60673-1213


TELERAY
STEVE AUSTIN
100 CONGRESS AVE SUITE 200
AUSTIN TX 78701


THE HEALTH LAW PARTNERS
VICKI MYCKOWIAK
32000 NORTHWESTERN HWY.
STE. 240
FARMINGTON HILLS MI 48334


THE LIGHT BULB COMPANY
361 44TH ST SW
GRAND RAPIDS MI 49548


THE UNIFORM SHOP
LYDIA SWEETMAN
LEF, LLC DBA THE UNIFORM SHOP 2960 28TH
KENTWOOD MI 49512


THE WL BURMEISTER COMPANY
CARRIE BUSH-DEGRAAF
4930 CASCADE RD  SE SUITE F
GRAND RAPIDS MI 49546


UNIVERSITY OF MICHIGAN HEALTH - WEST
MEDICAL ADMINISTRATION  5900 BYRON CENTE
WYOMING MI 59159


UNIVERSITY SPORTS PUBLICATIONS
3588 PLYMOUTH RD. DEPT 51
ANN ARBOR MI 48105


US SIGNAL COMPANY, LLC
201 IONIA AVE SW
GRAND RAPIDS MI 49503


UTAH MEDICAL PRODUCTS
CHARLEY FRAILEY
7043 SOUTH 300 WEST
MIDVALE UT 84047

```
VALLEY CITY LINEN
JAKE VERHEY
10 DIAMOND AVE SE
GRAND RAPIDS MI 49506


VARNUM
333 BRIDGE STREET NW
SUITE 1700
GRAND RAPIDS MI 49504


VENTRA HEALTH
PO BOX 680
FREDERICK MD 21705-0680


WAYSTAR INC.
1311 SOLUTIONS CENTER
CHICAGO IL 60677-1311


WPS GOV'T HEALTH ADMINISTRATOR
P.O. BOX 1787
MADISON WI 53701


ZOLL
PO BOX 27028
NEW YORK NY 10087-7028
```

6/12/24 4:02PM

# United States Bankruptcy Court
## Western District of Michigan

In re __Michigan Pain Consultants, P.C.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Michigan Pain Consultants, P.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 12, 2024__

Date

/s/ Charles D. Bullock

**Charles D. Bullock P55550**

Signature of Attorney or Litigant

Counsel for __Michigan Pain Consultants, P.C.__

**Stevenson & Bullock, P.L.C.**

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
**(248)354-7906 Ext. 2224 Fax:(248)354-7907**
**cbullock@sbplclaw.com**