**Fill in this information to identify the case:**

Debtor name  **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **24-01571**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................    $ _____0.00__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $ _____3,099,791.00__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ...............................................................    $ _____3,099,791.00__

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $ _____4,646,025.00__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____35,900.73__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____5,165,002.92__

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b    $ _____9,846,928.65__

**Fill in this information to identify the case:**

Debtor name **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) 24-01571

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | $750.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | 5/3rd Account | Business Checking | 1758 | $1,453.00 |
| 3.2. | Horizon Bank | Money Market | 6688 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                **$2,203.00**

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor  **Michigan Pain Consultants, P.C.**
         Name

Case number (*if known*)  **24-01571**

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 2,600,000.00 | - | 0.00 | = .... | $2,600,000.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $2,600,000.00 |

### Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Michigan Interventional Pain Specialist, P.L.C.: No assets and never operated.** | 100  % | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | $0.00 |

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |

Debtor   __Michigan Pain Consultants, P.C._____   Case number (If known) __24-01571__
         Name

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **Assets located at Big Rapids:** 6 Office Desks  $300.00;  14 Phones  $700.00; 11 iPads  $1,100.00;  21 Desktop Monitors $525.00;  4 Printers $100.00; 8 Scanners $800.00;  7 Laptops  $700.00 | $0.00   Liquidation | $4,225.00 |
| | **Assets located at Holland:** 2 TVs  $50.00; 3 End Tables  $30.00; 2 Double Seats  $50.00; 81 Chairs  $405.00; 1 Chair w/ Ottoman  $10.00; 1 Side Table  $10.00; 3 Desks $75.00; 20 Phones  $500.00; 24 Computer Monitors  $600.00; 25 Stools  $500.00; 18 Desktop Computers $900.00; 8 Printers $200.00; 1 Printer Stand  $10.00; (1) 2-Shelf Metal Linen Rack  $15.00;; 1 Mobile Computer Stand  $50.00; 18 iPads; $1,800.00; 17 Laptops $2,550.00; 3 Label Makers  $225.00; 7 Small File Cabinets  $70.00; 2 Large File Cabinets $50.00; 7 Scanners  $700.00; 2 Metal Storage Carts  $50.00; 1 Copy Machine  $50.00; 3 Microwaves  $30.00; 1 Rubbermaid Cabinet $15.00; 1 Portable Table  $10.00; 1 Toaster Oven  $3.00; 1 Wood Bench  $10.00; 1 Metal Shoe Rack  $5.00; 1 Coat Rack  $5.00 | $0.00   Liquidation | $8,978.00 |
| | **Assets located at Lakershore:** 13 Desks $325.00; 27 Chairs  $135.00; 9 Printers $225.00; 8 Scanners $800.00; 14 Desktop Computers $700.00: 20 Monitors $500.00; 13 Laptops $1,950.00; 13 Ipads $1,300.00; 14 Phones $350.00; 4 Label Printers $300.00; | $0.00   Liquidation | $6,585.00 |
| | **Assets located at Greenville:** 3 Printers  $75.00; 3 Scanners  $300.00; 8 Desktop Computers $400.00; 14 Monitors $350.00; 7 Laptops  $700.00; 9 iPads  $900.00; 10 Phones  $250.00; 4 Label Printers  $300.00; | $0.00   Liquidation | $3,275.00 |
| | **Assets located at Heritage Point:** 27 Laptops  $2,700.00; 34 BP Machines $1,700.00; 41 Desktop Computers  $2,050.00; 15 Monitors  $375.00; 8 Scanners  $800.00; 53 Chairs  $265.00; 7 Printers  $175.00; 8 Phones $200.00; 3 File Cabinets  $75.00; 5 Headsets $100.00; 2 Dymo Printers  $150.00; 8 End Tables  $40.00; 3 Large Tables  $45.00; 6 Lamps  $30.00; 1 TV  $25.00; 20 iPads $2,000.00 | $0.00   Liquidation | $10,730.00 |
| | **Assets located at South:** 9 Printers  $225.00; 9 Scanners  $900.00; 24 Desktop Computers  $1,200.00; 9 Monitors $225.00; 19 Laptops  $2,850.00; 21 iPads | $0.00   Liquidation | $8,325.00 |

Debtor   **Michigan Pain Consultants, P.C.**                    Case number *(if known)*  **24-01571**
         Name

$2,100.00; 20 Phones  $500.00; 4 Label Printers
$300; 1 Weight Scale  $25.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                          | $42,118.00 |
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Assets located at Big Rapids:**<br>**Ziehm C-Arm  $12,000.00 ; 9 Stretchers**<br>**$900.00; 2 Physical Therapy Stretcher Table**<br>**unknown;  1 Procedure Room Table**<br>**$5,000.00; 3 Waiting Room End Tables**<br>**$30.00; 46 Waiting Room Chairs $230.00; 13**<br>**Office Chairs $130.00;**<br>**12 Rolling Stools  $240.00; 8 Over Bed Tables**<br>**$200.00;  12 Vital Machines   $600.00;**<br>**autoclave $1,000.00.** | $0.00 | Liquidation | $20,330.00 |
| **Asset located at Big Rapids:**<br>**Styker RF Machine  $5,000.00** | $0.00 | Liquidation | $5,000.00 |
| **Asset located at Big Rapids**<br>**GE C-Arm** | $0.00 | Liquidation | $50,000.00 |
| **Asset located at Greenville:**<br>**1 RF Machine  $5,000.00** | $0.00 | Liquidation | $5,000.00 |

Debtor   __Michigan Pain Consultants, P.C.__   Case number *(if known)* __24-01571__
      Name

| | | | |
|---|---|---|---|
| **Asset located at Greenville:**<br>C-Arm  $50,000.00 | $0.00 | Liquidation | $50,000.00 |
| **Assets located at Greenville:**<br>1 C-Arm  $12,000.00; 8 Stretchers  $800.00; 3 Desks  $75.00; 47 Chairs w/o Wheels  $235.00; 10 Chairs w/ Wheels $100.00;1 Weight Scale $25.00; 9 BP Machines  $450.00; 1 Ultrasound $1,000.00; 1 Autoclave  $1,000.00; 2 Wheelchairs  $50.00; 3 Refridgerators  $75.00; 1 Med Pump  $150.00 | $0.00 | Liquidation | $15,960.00 |
| **Assets located at Heritage Point:**<br>4 C-Arms  $48,000.00; 38 Round Stools $1,900.00; 37 Bedside Tables  $925.00; 31 Office Chairs  $310.00; 29 Stretchers $2,900.00; 10 Computer Tables  $250.00; 46 Arm Chairs  $230.00; | $0.00 | Liquidation | $54,515.00 |
| **Asset located at Heritage Point:**<br>1 C-Arm  $50,000.00 | $0.00 | Liquidation | $50,000.00 |
| **Assets located at Heritage Point:**<br>2 Stryker RF Machines  $20,000.00 | $0.00 | Liquidation | $20,000.00 |
| **Asset located at Holland:**<br>1 RF Machine  $5,000.00 | $0.00 | Liquidation | $5,000.00 |
| **Asset located at Lakshore:**<br>C-Arm | $0.00 | Liquidation | $50,000.00 |
| **Asset located at Lakeshore:**<br>RF Machine | $0.00 | Liquidation | $5,000.00 |
| **Assets located at Lakeshore:**<br>C-Arm $12,000.00; C-Arm $12,000.00; RF Machine $5,000.00; 16 Stretchers $1,600.00; 34 Chairs with wheels  $340.00; Weight Scale  $75.00; 18 Blood Pressure Machines $900.00; Ultrasound $1,000.00; Autoclave  $1,000.00; TV  $25.00; 3 Wheelchair $75.00; 3 Refrigerators  $60.00; Med Pump $150.00 | $0.00 | Liquidation | $33,225.00 |
| **Assets located at South:**<br>2 RF Machines  $10,000.00 | $0.00 | Liquidation | $10,000.00 |

Debtor   **Michigan Pain Consultants, P.C.**                              Case number *(If known)* **24-01571**
         <sub>Name</sub>

| | | | |
|---|---|---|---|
| **Assets located at South:**<br>**23 Stretchers $2,300.00; 6 Desks $150.00; 83 Chairs $415.00; 38 Chairs w/ Wheels $380.00; 27 BP Machines $1,350.00; 2 Ultrasounds $2,000.00; 1 Autoclave $50.00; 7 Wheelchairs $175.00; 6 Refridgerators $120.00; 2 Med Pumps $300.00; 3 C-Arms $36,000.00** | $0.00 | Liquidation | $43,240.00 |
| **Assets located at Holland:**<br>**15 Blood Pressure Machines $750.00; 1 Inversion Table; 1 Stationary Bike; 2 Yoga Balls; 1 Balance Trainer; 1 Treadmill; 1 Body Arc Trainer; 1 Traction Device; 1 Home Gym Weight Machine; 1 Massage Table; 16 Stretchers $1,600.00; 24 Bedside Tables $600.00; 2 Stand-Up Scale $100.00; 6 Wheelchairs $150.00; 2 Fluoro Machines $24,000.00; 2 Flouro Tables $10,000.00; 1 Ultrasound Machine $1,000.00** | $0.00 | Liquidation | $38,200.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | |
    |---|
    | $455,470.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>    michiganpain.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties**<br>    Radiation Safety Licenses | $0.00 | | $0.00 |

Debtor    **Michigan Pain Consultants, P.C.**                    Case number *(if known)* **24-01571**
          Name

| | | | |
|---|---|---|---|
| 63. | Customer lists, mailing lists, or other compilations | | |
| | Patient List | $0.00 | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                              $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ■ No

       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No

       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No

       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.

       ☐ Yes Fill in the information below.

Debtor    **Michigan Pain Consultants, P.C.**                     Case number *(if known)* **24-01571**
              Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,203.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,600,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $42,118.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $455,470.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,099,791.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,099,791.00 |

**Fill in this information to identify the case:**

Debtor name **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **24-01571**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1** **De Lage Landen Financial Svcs.**
Creditor's Name

**1111 Old Eagle School Rd. Wayne, PA 19087**
Creditor's mailing address

**FilingDept@cscinfo.com**
Creditor's email address, if known

Date debt was incurred
**04/26/2019**

Last 4 digits of account number
**6302,6304,3629,7014**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Asset located at Big Rapids GE C-Arm**

Describe the lien
**Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Amount of claim: **Unknown**    Value of collateral: **$50,000.00**

**2.2** **De Lage Landen Financial Svcs.**
Creditor's Name

**1111 Old Eagle School Rd. Wayne, PA 19087**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Asset located at Heritage Point: 1 C-Arm  $50,000.00**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**    Value of collateral: **$50,000.00**

Debtor **Michigan Pain Consultants, P.C.**
_____
Name

Case number (if known) **24-01571**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **De Lage Landen Financial Svcs.** | | |
|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Rd.**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Prior to filing**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Asset located at Lakshore:**
**C-Arm**

Describe the lien
**Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Unknown**          **$50,000.00**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Fifth Third Bank** | | |
|---|---|---|---|

Creditor's Name

**1850 East Paris SE**
**Attn. Com. Loan Collateral Srv**
**Grand Rapids, MI 49546**

Creditor's mailing address

**uccfilingreturn@woltersklu**
**wer.com**

Creditor's email address, if known

Date debt was incurred
**10/30/2002**

Last 4 digits of account number
**PS56**

Describe debtor's property that is subject to a lien
**All assets & personal property**

Describe the lien
**Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**$82,000.00**          **$0.00**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Flex Financial** | | |
|---|---|---|---|

Creditor's Name

**Division of Stryker Sales Corp**
**1111 Old Eagle Road**
**Wayne, PA 19087**

Describe debtor's property that is subject to a lien
**Asset located at Big Rapids:**
**Styker RF Machine  $5,000.00**

**$756,343.00**          **$5,000.00**

---

Debtor  **Michigan Pain Consultants, P.C.**                    Case number (if known)  **24-01571**
_____                                          _____
Name

| | |
|---|---|

Creditor's mailing address

FilingDept@cscinfo.com
_____
Creditor's email address, if known

Date debt was incurred
01/28/2020
Last 4 digits of account number
0433

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Financing Statement**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Flex Financial** | Describe debtor's property that is subject to a lien | $756,343.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name
**Division of Stryker Sales Corp**
**1111 Old Eagle Road**
**Wayne, PA 19087**
Creditor's mailing address

Asset located at Greenville:
1 RF Machine  $5,000.00
_____

Describe the lien
_____

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Flex Financial** | Describe debtor's property that is subject to a lien | $756,343.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
**Division of Stryker Sales Corp**
**1111 Old Eagle Road**
**Wayne, PA 19087**
Creditor's mailing address

Assets located at Heritage Point:
2 Stryker RF Machines  $20,000.00
_____

Describe the lien
_____

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the property?

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 6

Debtor   **Michigan Pain Consultants, P.C.**
         Name

Case number (if known)   **24-01571**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.8 | **Flex Financial** | Describe debtor's property that is subject to a lien | $756,343.00 | $5,000.00 |

Creditor's Name
**Division of Stryker Sales
Corp
1111 Old Eagle Road
Wayne, PA 19087**
Creditor's mailing address

**Asset located at Holland:
1 RF Machine  $5,000.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Flex Financial** | Describe debtor's property that is subject to a lien | $756,343.00 | $5,000.00 |

Creditor's Name
**Division of Stryker Sales
Corp
1111 Old Eagle Road
Wayne, PA 19087**
Creditor's mailing address

**Asset located at Lakeshore:
RF Machine**

Describe the lien
**Financing Statement**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
**Prior to filing**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.1 0 | **Flex Financial** | Describe debtor's property that is subject to a lien | $756,343.00 | $10,000.00 |

Creditor's Name
**Division of Stryker Sales
Corp
1111 Old Eagle Road
Wayne, PA 19087**

**Assets located at South:
2 RF Machines  $10,000.00**

---

Debtor    **Michigan Pain Consultants, P.C.**                    Case number (if known)    **24-01571**
_____                                      _____
Name

| Creditor's mailing address | Describe the lien |
|---|---|

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 1**

**GE HFS, LLC**
Creditor's Name

**9900 Innovation Drive
Milwaukee, WI 53226**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $25,967.00    $50,000.00
**Asset located at Greenville:
C-Arm  $50,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.1 2**

**McKesson Corporation**
Creditor's Name

**6651 Gateway Parkway
Jacksonville, FL 32256**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    Unknown    $0.00
**All assets**

**Describe the lien**
**Financing Statement**

**FilingDept@cscinfo.com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/20/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Michigan Pain Consultants, P.C.**          Case number (if known)   **24-01571**
         Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | **$4,646,025.00** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.1_ | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.5_ | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.12_ | |

---

**Fill in this information to identify the case:**

Debtor name **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) **24-01571**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Kentwood Treasurer**<br>**4900 Breton Avenue SE PO Box 8848**<br>**Kentwood, MI 49518-8848** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,908.45** | Unknown |
| | Date or dates debt was incurred<br>**Prior to filing** | Basis for the claim:<br>**Property taxes** | | |
| | Last 4 digits of account number **5111**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Grand Rapids Charter Township**<br>**1836 East Beltline Ave.  NE**<br>**Grand Rapids, MI 49525** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,992.28 | Unknown |
| | Date or dates debt was incurred<br>**Prior to filing** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **1039**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Michigan Pain Consultants, P.C.**
    Name

Case number (if known) **24-01571**

---

**2.3** | Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insiovency Operati**
**PO Box 21126**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Notice only**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**State of Michigan**
**Department of Treasury**
**P.O. Box 77437**
**Detroit, MI 48277-0437**

As of the petition filing date, the claim is: $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Notice purposes**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1** | Nonpriority creditor's name and mailing address
**2147 Health Drive, LLC**
**6300 Venture Hills Blvd. SW**
**Byron Center, MI 49315**

Date(s) debt was incurred **Prior to filing**
Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Real property lease**
Is the claim subject to offset? ■ No ☐ Yes

**$222,108.64**

---

**3.2** | Nonpriority creditor's name and mailing address
**6896 Greenville, LLC**
**Cyndy Walsh**
**2078 Stickley Dr. SE**
**Grand Rapids, MI 49506**

Date(s) debt was incurred **Prior to filing**
Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Real property lease**
Is the claim subject to offset? ■ No ☐ Yes

**$34,042.20**

---

**3.3** | Nonpriority creditor's name and mailing address
**Abbott Laboratories, Inc.**
**22400 Network Place**
**Chicago, IL 60673-1224**

Date(s) debt was incurred **Prior to filing**
Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**
Is the claim subject to offset? ■ No ☐ Yes

**$11,090.03**

---

Debtor **Michigan Pain Consultants, P.C.**                Case number (if known)    **24-01571**
         Name

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,336.41 |

**Absopure**
Dept #996158  PO Box 701760
Plymouth, MI 48170

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Water supplier**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ADT Security Servces**
PO Box 371878
Pittsburgh, PA 15250-7878

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **8624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.47 |

**Airgas USA, LLC**
PO Box 734445
Chicago, IL 60673-4445

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.50 |

**All Beans Coffee Co.**
PO Box 158
Cadillac, MI 49601

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,873.93 |

**American Medical Systems, Inc.**
27517 Schoolcraft
Livonia, MI 48150

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,935.00 |

**Ankura Consulting Group LLC**
PO Box 74007043
Chicago, IL 60674-7043

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,047.89 |

**Argon Medical Devices, Inc.**
7800 Dallas Parkway
Suite 200
Plano, TX 75024

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| Debtor **Michigan Pain Consultants, P.C.** | Case number (if known) **24-01571** |
| Name | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.37 |
|---|---|---|---|
| | Arrow Swift<br>6540 S. Rd.<br>Greenville, MI 48838 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __0360__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.09 |
|---|---|---|---|
| | Art's Refrigeration Inc.<br>3774 28th St. SW<br>Grandville, MI 49418 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number __--__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,682.12 |
|---|---|---|---|
| | Arthrex, Inc.<br>P.O. Box 403511<br>Atlanta, GA 30384-3511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Supplier__ | |
| | Last 4 digits of account number __--__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.37 |
|---|---|---|---|
| | Automatic Door Service<br>4549 40th Street SE<br>Grand Rapids, MI 49512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number __--__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,305.41 |
|---|---|---|---|
| | Backup & Company<br>Ryan Ferguson<br>14467 W. 57th Place<br>Arvada, CO 80002 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Real property lease__ | |
| | Last 4 digits of account number __--__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,502.16 |
|---|---|---|---|
| | Boston Scientific<br>P.O. Box 786205<br>Philadelphia, PA 19178-6205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Supplier__ | |
| | Last 4 digits of account number __--__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,515.50 |
|---|---|---|---|
| | Bredeweg & Zylstra, PC<br>4665 Broadmoor SE Suite 210<br>Grand Rapids, MI 49512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Prior to filing__ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number __7610__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Michigan Pain Consultants, P.C.** | Case number (if known) | **24-01571** |
|---|---|---|---|
| | Name | | |

---

**3.18**

Nonpriority creditor's name and mailing address
**Brockton Properties, LLC**
c/o Rhoades McKee
Attn. Todd A. Hendricks
55 Campau Ave., NW, Ste. 300
Grand Rapids, MI 49503

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Real property lease**

Is the claim subject to offset? ■ No ☐ Yes

$297,963.21

---

**3.19**

Nonpriority creditor's name and mailing address
**Byron Plumbing, Inc**
4577 88th Street SW
Bryon Center, MI 49315

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$281.92

---

**3.20**

Nonpriority creditor's name and mailing address
**Carelinc Medical Equipment & Supply**
89 54th Street S.W.
Grand Rapids, MI 48548-5503

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Servces**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.21**

Nonpriority creditor's name and mailing address
**City of Holland**
City Treasurer's Office 270 S River Ave.
Holland, MI 49423

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **0327**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

$204.08

---

**3.22**

Nonpriority creditor's name and mailing address
**Cleaning Solutions, LLC**
11858 Oakfield Valley Dr NE
Rockford, MI 49341

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$3,577.99

---

**3.23**

Nonpriority creditor's name and mailing address
**Clinically Speaking**
1801 W. Olympic Blvd.
Pasadena, CA 91199-2433

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **2433**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$1,700.00

---

**3.24**

Nonpriority creditor's name and mailing address
**CMS**
WPS Gov't Health Administrator
P.O. Box 8064
Madison, WI 53708-8064

Date(s) debt was incurred **Prior to fliing**

Last 4 digits of account number **8574**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,958.63

---

| Debtor | **Michigan Pain Consultants, P.C.** | Case number (if known) | **24-01571** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,461.88 |

**Comcast**
PO Box 70219
Philadelphia, PA 19176-0219

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **9791**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,856.84 |

**Consensus Cloud Solutions, LLC**
PO Box 51873
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,959.28 |

**Consumers Energy**
PO Box 740309
Cincinnati, OH 45274-0309

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **0647**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,071.05 |

**Continental Linen Service**
4200 Manchester Road
Kalamazoo, MI 49001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.90 |

**Corewell Health Occupational Health**
PO Box 2048
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

Basis for the claim:  **Business debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.21 |

**Culligan of Greenville**
708 N. Lafayette
Greenville, MI 48838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,251.64 |

**Cunningham Communications, Inc.**
1675-G Michigan St. NE
Grand Rapids, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Michigan Pain Consultants, P.C.**                    Case number (if known)  __24-01571__
      Name

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Curi<br>Dept 4152  PO Box 30516<br>Lansing, MI 48909-8016<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **--** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Curonix, LLC<br>1310 Park Central Blvd S<br>Pompano Beach, FL 33064<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **--** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Supplier**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Delta Dental<br>4100 Okemos Rd.<br>Okemos, MI 48864<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Insruance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,376.56** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Dialpad, Inc<br>Rishav Shandilya<br>Dept. 3808 PO Box 123808<br>Dallas, TX 75312-3808<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **--** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Service**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,383.24** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Digital Office Machines, Inc.<br>Dan Robinet<br>P.O. Box 88216<br>Kentwood, MI 49518<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **--** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Service**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,563.10** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>DTE Energy<br>PO Box 740786<br>Cincinnati, OH 45274-0786<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$359.37** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>eClinical Works<br>Loretta Galligan<br>P.O. Box 847950<br>Boston, MA 02284-7950<br><br>Date(s) debt was incurred **Prior to filing**<br>Last 4 digits of account number **2143** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85,868.95** |

Debtor    **Michigan Pain Consultants, P.C.**
_____
Name

Case number (if known)    24-01571
_____

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,790.67 |

**EPS Security**
750 Front NW
Grand Rapids, MI 40504-4470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284.29 |

**Eye Med**
PO Box 632530
Cincinnati, OH 45263-2530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Insurance

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |

**Fahey Schultz Burzych & Rhodes**
**Jessica Stewart**
4151 Okemos Road
Okemos, MI 48864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Legal service

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.21 |

**Feyen Zylstra, LLC**
**Ashley Donley**
2396 Hillside Dr. SW
Grand Rapids, MI 49544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,908.14 |

**First Choice Coffee**
1460 Combermere Dr.
Troy, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.00 |

**Fish Window Cleaning**

PO Box 723
Grandville, MI 49468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

**Great Lakes Water Quality Lab**
6461 Sunset Dr.
Lake Ann, MI 49650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  _

Basis for the claim:  Service

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Michigan Pain Consultants, P.C.**
_____
Name

Case number (if known) __24-01571__

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**Greenville Area Recreation & Community C**
900 Kent Rd.
Greenville, MI 48838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Advertising

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,967.66 |

**Healthcare Financial Services (GE)**
PO Box 614149
Pittsburgh, PA 15264-1419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Service

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,100.87 |

**Helix Scribes**

4100 Embassy Drive SE
Suite 400
Grand Rapids, MI 49546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Services

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.53 |

**Hibu, Inc.**
Attn:  Customer Service
221 Third Avenue, SE
Suite 300
Cedar Rapids, IA 52401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  _

Basis for the claim:  Services

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509.05 |

**Holland Board of Public Works**
625 Hastings Ave
Holland, MI 49423-5475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  6004

Basis for the claim:  Water bill

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |

**Holland Hospital Medical Staff**
602 Michigan Ave
Holland, MI 49423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  _

Basis for the claim:  Membership fee

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,267.82 |

**Holland Med. Office Equities**
Chris Gates
3949 Sparks Drive SE
Suite 102
Grand Rapids, MI 49546

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  Prior to filing

Last 4 digits of account number  --

Basis for the claim:  Real property lease

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **Michigan Pain Consultants, P.C.**                    Case number (if known)   __24-01571__
_____
Name

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|

Indeed, Inc
Mail Code 5160 PO Box 660367
Dallas, Texas 75266-0367

Date(s) debt was incurred _Prior to filing_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,952.45 |
|---|---|---|

Kent Communications, Inc. (KCI)
Sarah Andrews
3910 East Paris Ave. SE
Grand Rapids, MI 49512

Date(s) debt was incurred _Prior to filing_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

Labcorp
PO Box 12140
Burlington, NC 27216-2140

Date(s) debt was incurred _Notice only_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,479.45 |
|---|---|---|

Landauer
Eddye Hurt
P.O. Box 809051
Chicago, IL 60680-9051

Date(s) debt was incurred _Prior to filing_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.28 |
|---|---|---|

Liaison Linguistics
PO Box 8264
Grand Rapids, MI 49518

Date(s) debt was incurred _Prior to filing_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.48 |
|---|---|---|

Lincare Inc
PO Box 746051
Atlanta, GA 30374

Date(s) debt was incurred _Prior to filing_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,039.41 |
|---|---|---|

Linde Gas & Equipment, Inc.
Andrew Wright
Dept. CH 10660
Palatine, IL 60055-0660

Date(s) debt was incurred _Prior to filing_

Last 4 digits of account number _--_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Michigan Pain Consultants, P.C.**                           Case number (if known) **24-01571**
Name

| | | |
|---|---|---|
| **3.60** | Nonpriority creditor's name and mailing address<br>**MBK Corporate Promotions**<br>**2405 Porter St  SW Ofc J**<br>**Wyoming, MI 49519**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _--_ | As of the petition filing date, the claim is: Check all that apply.                    **$2,327.05**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Advertising_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.61** | Nonpriority creditor's name and mailing address<br>**McKesson**<br>**PO Box 634404**<br>**Cincinnati, OH 45263-4404**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _--_ | As of the petition filing date, the claim is: Check all that apply.                 **$700,000.00**<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  _Supplier_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.62** | Nonpriority creditor's name and mailing address<br>**Med-Tech Support Services, Inc.**<br>**149 Valley Ave NW**<br>**Grand Rapids, MI 49504**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _--_ | As of the petition filing date, the claim is: Check all that apply.                   **$13,023.31**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Services_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.63** | Nonpriority creditor's name and mailing address<br>**Medical Advantage**<br>**39555 Orchard Hill Place**<br>**Suite 445**<br>**Novi, MI 48375**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _--_ | As of the petition filing date, the claim is: Check all that apply.                    **$1,546.25**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Services_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.64** | Nonpriority creditor's name and mailing address<br>**MedTrainer**<br>**PO Box 31001-3416**<br>**Pasadena, CA 91110-3416**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _--_ | As of the petition filing date, the claim is: Check all that apply.                         **$50.31**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Services_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.65** | Nonpriority creditor's name and mailing address<br>**Medtronic USA**<br>**4642 Collection Center Drive**<br>**Chicago, IL 60693-0046**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _--_ | As of the petition filing date, the claim is: Check all that apply.                    **$3,673.84**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Supplier_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

| | | |
|---|---|---|
| **3.66** | Nonpriority creditor's name and mailing address<br>**MHV Condo Association**<br>**2380 Health Dr SW   Suite 210**<br>**Wyoming, MI 49519**<br><br>Date(s) debt was incurred  _Prior to filing_<br>Last 4 digits of account number  _CA24_ | As of the petition filing date, the claim is: Check all that apply.                    **$1,564.17**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _HOA for leased property_<br><br>Is the claim subject to offset? ☑ No  ☐ Yes |

Debtor  **Michigan Pain Consultants, P.C.**                        Case number (if known)  24-01571
        Name

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**Michigan Osteopathic Association**
2112 University Park Dr. Ste 100
Okemos, MI 48864

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Membership fee**

Last 4 digits of account number  **--**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | | $11,400.00 |

**Michigan State University**
Michigan State University COM
Business
East Lansing, MI 48824-1316

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Services**

Last 4 digits of account number  **--**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | | $571,210.45 |

**MPC Real Estate Holding LLC**
3235 Eagle  Park Dr NE
Grand Rapids, MI 49525-7071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Loan**

Last 4 digits of account number  **--**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | | $23,168.41 |

**Mutual of Omaha**
Payment Processing Center
PO Box 2147
Omaha, NE 68103-2147

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Insurance**

Last 4 digits of account number  **--**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | | $10,479.50 |

**Nevro**
Nevro Corp. P.O. Box 845694
Dallas, TX 75284-5694

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Supplier**

Last 4 digits of account number  **0127**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | | $75,929.20 |

**Nexcom Properties 1, LLC**
David J Jacobs
2785 Cline Road
Muskegon, MI 49444

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Real property lease**

Last 4 digits of account number  **--**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | | $2,129.77 |

**Nextgen Healthcare, Inc.**
PO Box 809390
Chicago, IL 60680

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Prior to filing**

Basis for the claim:  **Services**

Last 4 digits of account number  **--**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Michigan Pain Consultants, P.C.**
_____Name_____    Case number (if known)  __24-01571__

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807,386.73 |
|---|---|---|---|

**3.74**

Nonpriority creditor's name and mailing address
**Nimble**
**7 Arnage Road**
**Chesterfield, MO 63005**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No □ Yes

$807,386.73

---

**3.75**

Nonpriority creditor's name and mailing address
**ODP Business Solutions**
**6600 N Military Trail**
**Boca Raton, FL 33496**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No □ Yes

$2,074.35

---

**3.76**

Nonpriority creditor's name and mailing address
**OEC Medical Systems, Inc.**
**2984 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No □ Yes

$4,206.00

---

**3.77**

Nonpriority creditor's name and mailing address
**Otis**
**PO Box 73579**
**Chicago, IL 60673-3579**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **1659**

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No □ Yes

$3,592.53

---

**3.78**

Nonpriority creditor's name and mailing address
**Phoenix Synergy**
**Chris Pauwels**
**1819 East Morten Avenue**
**Suite 140**
**Phoenix, AZ 85020**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No □ Yes

$362,546.35

---

**3.79**

Nonpriority creditor's name and mailing address
**ProCare**
**Joel Schermer**
**1305 Walt Whitman Road**
**Suite 300**
**Melville, NY 11747**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No □ Yes

$460,000.00

---

**3.80**

Nonpriority creditor's name and mailing address
**Quadient Finance USA, Inc.**
**Linda Morse**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **9221**

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No □ Yes

$1,346.40

---

Debtor **Michigan Pain Consultants, P.C.**

Case number (if known) 24-01571

Name

---

**3.81** | Nonpriority creditor's name and mailing address
**Rapid Fire Protection**
8274 Alpine Ave NW
Sparta, MI 49345

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

$464.14

---

**3.82** | Nonpriority creditor's name and mailing address
**RealTime Software Solutions, LLC**
PO Box 92331
Las Vegas, NV 89193-2231

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,340.00

---

**3.83** | Nonpriority creditor's name and mailing address
**Rebecca Karsten**
8597 Eldora Dr. SW
Byron Center, MI 49315

Date(s) debt was incurred **05/02/2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **EEOC Complaint**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.84** | Nonpriority creditor's name and mailing address
**Republic Services #239**
PO Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$66.80

---

**3.85** | Nonpriority creditor's name and mailing address
**Republic Services #240**
PO Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **2332**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,630.01

---

**3.86** | Nonpriority creditor's name and mailing address
**RiskAware**
**Heather Stern**
8170 Corporate Park Dr. Suite #144
Cincinnati, OH 45242

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$1,198.00

---

**3.87** | Nonpriority creditor's name and mailing address
**Rose Pest Solutions**
**Patricia Ryan**
PO Box 71400
Madison Heights, MI 48071-0400

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **__**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

$537.00

---

Debtor  **Michigan Pain Consultants, P.C.**    Case number (if known)  **24-01571**
    Name

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,905.75 |
|---|---|---|---|

**Seaman's**
2510 Oak Industrial Drive NE
Grand Rapids, MI 49505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Basis for the claim:  Services

Last 4 digits of account number  --

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,733.46 |
|---|---|---|---|

**Shred It**
28883 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Basis for the claim:  Services

Last 4 digits of account number  6795

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,128.80 |
|---|---|---|---|

**Sneller Snow & Grounds**
675 Clyde Ct SW
Byron Center, MI 49315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Basis for the claim:  Services

Last 4 digits of account number  --

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Snow Turf, LLC**
720 Hazel Street
Howard City, MI 49329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Basis for the claim:  Services

Last 4 digits of account number  --

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $571.16 |
|---|---|---|---|

**Spectrum Business**
Charter Communications  PO Box 94188
Palatine, IL 60094-4188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to filing

Basis for the claim:  Utility

Last 4 digits of account number  --

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State of MI - Dept of Treasury**
Office of Collections  PO Box 77929
Detroit, MI 48277-0929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Notice only

Basis for the claim:  _

Last 4 digits of account number  1725

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State of MI Dept of Labor & Econ**
**Radiation Safety Section**
PO Box 30658
Lansing, MI 48909-8158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Notice only

Basis for the claim:  _

Last 4 digits of account number  --

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Michigan Pain Consultants, P.C.**
_____
Name

Case number (if known) **24-01571**

| | |
|---|---|
| **3.95** | |

Nonpriority creditor's name and mailing address
**Stericycle**
**P.O. Box 6575**
**Carol Stream, IL 60197-6575**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,894.71**

---

| | |
|---|---|
| **3.96** | |

Nonpriority creditor's name and mailing address
**Stevens Moon & Associates**
**2560 Swan Rd.**
**Dansville, MI 48819**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,337.45**

---

| | |
|---|---|
| **3.97** | |

Nonpriority creditor's name and mailing address
**Stratus Bldg Solutions of West MI**
**Michele Nichols**
**120 54th Street SW**
**Wyoming, MI 49548**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$40,699.40**

---

| | |
|---|---|
| **3.98** | |

Nonpriority creditor's name and mailing address
**Stratus Video, LLC**
**33 N. Garden Ave.**
**Suite 1000**
**Clearwater, FL 33755**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,509.94**

---

| | |
|---|---|
| **3.99** | |

Nonpriority creditor's name and mailing address
**Stryker Sales, LLC**
**Kaybel Rojas**
**21343 Network Place**
**Chicago, IL 60673-1213**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$756,343.50**

---

| | |
|---|---|
| **3.100** | |

Nonpriority creditor's name and mailing address
**Teleray**
**Steve Austin**
**100 Congress Ave Suite 200**
**Austin, TX 78701**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,141.85**

---

| | |
|---|---|
| **3.101** | |

Nonpriority creditor's name and mailing address
**The Health Law Partners**
**Vicki Myckowiak**
**32000 Northwestern Hwy.**
**Ste. 240**
**Farmington Hills, MI 48334**

Date(s) debt was incurred **Prior to filing**

Last 4 digits of account number **--**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$33,315.00**

---

Debtor  **Michigan Pain Consultants, P.C.**                Case number (if known)   24-01571
          Name

---

**3.102**

**Nonpriority creditor's name and mailing address**
**The Light Bulb Company**
**361 44th St SW**
**Grand Rapids, MI 49548**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

$429.56

---

**3.103**

**Nonpriority creditor's name and mailing address**
**The Uniform Shop**
**Lydia Sweetman**
**LEF, LLC dba The Uniform Shop 2960 28th**
**Kentwood, MI 49512**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **3120**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

$3,620.44

---

**3.104**

**Nonpriority creditor's name and mailing address**
**The WL Burmeister Company**
**Carrie Bush-DeGraaf**
**4930 Cascade Rd  SE Suite F**
**Grand Rapids, MI 49546**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.105**

**Nonpriority creditor's name and mailing address**
**University of Michigan Health - West**
**Medical Administration  5900 Byron Cente**
**Wyoming, MI 59159**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership fee**

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

**3.106**

**Nonpriority creditor's name and mailing address**
**University Sports Publications**
**3588 Plymouth Rd. Dept 51**
**Ann Arbor, MI 48105**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

$1,350.00

---

**3.107**

**Nonpriority creditor's name and mailing address**
**US Signal Company, LLC**
**201 Ionia Ave SW**
**Grand Rapids, MI 49503**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **2194**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,562.44

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Utah Medical Products**
**Charley Frailey**
**7043 South 300 West**
**Midvale, UT 84047**

Date(s) debt was incurred  **Prior to filing**

Last 4 digits of account number  **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

$1,169.61

---

Debtor  **Michigan Pain Consultants, P.C.**                     Case number (if known)   **24-01571**

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,263.10 |

**3.109**  Nonpriority creditor's name and mailing address
**Valley City Linen**
**Jake Verhey**
**10 Diamond Ave SE**
**Grand Rapids, MI 49506**

Date(s) debt was incurred  **Prior to filing**
Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$11,263.10

---

**3.110**  Nonpriority creditor's name and mailing address
**Varnum**
**333 Bridge Street NW**
**Suite 1700**
**Grand Rapids, MI 49504**

Date(s) debt was incurred  **Priror to filing**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$31,595.00

---

**3.111**  Nonpriority creditor's name and mailing address
**Ventra Health**
**PO Box 680**
**Frederick, MD 21705-0680**

Date(s) debt was incurred  **Prior to filing**
Last 4 digits of account number **--**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$22,210.83

---

**3.112**  Nonpriority creditor's name and mailing address
**Waystar Inc.**
**1311 Solutions Center**
**Chicago, IL 60677-1311**

Date(s) debt was incurred  **Prior to filing**
Last 4 digits of account number **4644**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$12,677.55

---

**3.113**  Nonpriority creditor's name and mailing address
**Zoll**
**PO Box 27028**
**New York, NY 10087-7028**

Date(s) debt was incurred  **Prior to filing**
Last 4 digits of account number **5138**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?  ■ No  ☐ Yes

$146.55

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brockton Properties, LLC**<br>**6355 East Paris Avenue SE**<br>**Caledonia, MI 49316** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Glen Valley Retail Center II**<br>**c/o Rhoades McKee**<br>**Attn. Todd A. Hendricks**<br>**55 Campau Ave., NW, Ste. 300**<br>**Grand Rapids, MI 49503** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Michigan Pain Consultants, P.C.** | Case number (if known) | **24-01571** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Glen Valley Retail Center II**<br>**6355 East Paris Avenue SE**<br>**Caledonia, MI 49316** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Heritage Pointe Ventures, LLC**<br>**c/o Rhoades McKee**<br>**Attn. Todd A. Hendricks**<br>**55 Campau Ave., NW, Ste. 300**<br>**Grand Rapids, MI 49503** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Heritage Pointe Ventures, LLC**<br>**6355 East Paris Avenue SE**<br>**Caledonia, MI 49316** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michigan Department of Treasur**<br>**Collections/Bankruptcy Unit**<br>**P.O. Box 30168**<br>**Lansing, MI 48909** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **State of Michigan**<br>**Department of Attorney General**<br>**Cadillac Place**<br>**3030 West Grand Boulevard**<br>**Detroit, MI 48202** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **State of Michigan**<br>**Department of Treasury**<br>**Collections Division**<br>**Treasury Building**<br>**Lansing, MI 48922** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **WPS Gov't Health Administrator**<br>**P.O. Box 1787**<br>**Madison, WI 53701** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 35,900.73 |
| 5b. Total claims from Part 2 | | 5b.  + | $ | 5,165,002.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | 5,200,903.65 |

**Fill in this information to identify the case:**

Debtor name  **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **24-01571**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

   **2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **844 South Washington Suite 100(Building 1) Holland, MI 49423 Base rent is $34,089.71 per month.** |
| | State the term remaining | **39 months** |
| | List the contract number of any government contract | **2147 Health Drive, LLC 6300 Venture Hills Blvd. SW Byron Center, MI 49315** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **6896 S Greenville Rd Suite 100 Greenville, MI 48838 Base rent is $8,510.55 per month.** |
| | State the term remaining | **51 months** |
| | List the contract number of any government contract | **6896 Greenville, LLC Cyndy Walsh 2078 Stickley Dr. SE Grand Rapids, MI 49506** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **15044 220th Ave Big Rapids, MI 49307 Base rent is $11,800.00 per month.** |
| | State the term remaining | **Month to month** |
| | List the contract number of any government contract | **Backup & Company Ryan Ferguson 14467 W. 57th Place Arvada, CO 80002** |

Debtor 1    **Michigan Pain Consultants, P.C.**                          Case number (if known)  **24-01571**
       First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Additional notice regarding:<br>2060 East Paris Ave. SE<br>Suite 200<br>Kentwood, MI 49546 | |
|---|---|---|---|
| | State the term remaining | 38 | Brockton Properties, LLC<br>c/o Rhoades McKee<br>Attn. Todd A. Hendricks<br>55 Campau Ave., NW, Ste. 300<br>Grand Rapids, MI 49503 |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 3355 Egale Park NE<br>Grand Rapids, MI 49525<br>Base rent is $16,147.00 per month. | |
|---|---|---|---|
| | State the term remaining | 113 months | Eagle Park Partners LLC<br>Dave Argenzio<br>3235 Eagle Park Dr NE<br>Grand Rapids, MI 49525-7071 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | 2060 East Paris Ave. SE., Suite 200, Kentwood, MI 49546 | |
|---|---|---|---|
| | State the term remaining | | Glen Valley Retail Center II<br>c/o Rhoades McKee<br>Attn. Todd A. Hendricks<br>55 Campau Ave., NW, Ste. 300<br>Grand Rapids, MI 49503 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Additional notice regarding:<br>2060 East Paris Ave. SE.<br>Suite 200<br>Kentwood, MI 49546<br>Base rent is $29,000.00 per month. | |
|---|---|---|---|
| | State the term remaining | 46 months | Heritage Pointe Ventures, LLC<br>c/o Rhoades McKee<br>Attn. Todd A. Hendricks<br>55 Campau Ave., NW, Ste. 300<br>Grand Rapids, MI 49503 |
| | List the contract number of any government contract | | |

Debtor 1  **Michigan Pain Consultants, P.C.**

First Name          Middle Name          Last Name

Case number *(if known)*  **24-01571**

▮ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **844 Washington Ave STE A Holland, MI 49423 Location closing on 6/28/2024** | |
| | State the term remaining | **0** | **Holland Med. Office Equities Chris Gates 3949 Sparks Drive SE Suite 102 Grand Rapids, MI 49546** |
| | List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1675 Mount Garfield Road Muskegon, MI 49444 Location closed** | |
| | State the term remaining | | **Nexcom Properties I, LLC David J. Jacobs 2785 Cline Road Muskegon, MI 49441** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Michigan Pain Consultants, P.C.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) __24-01571__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

|      | Name | Mailing Address | Name | Check all schedules that apply: |
|------|------|-----------------|------|---------------------------------|
| 2.1 |      | Street<br>City     State     Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 |      | Street<br>City     State     Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 |      | Street<br>City     State     Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 |      | Street<br>City     State     Zip Code |  | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **Michigan Pain Consultants, P.C.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **24-01571**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $8,753,376.56 |
| **For prior year:**<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $21,003,748.42 |
| **For year before that:**<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $26,450,851.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Michigan Pain Consultants, P.C.**                              Case number (if known) **24-01571**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Fifth Third Bank**<br>**1850 East Paris SE**<br>**Attn. Com. Loan Collateral Srv**<br>**Grand Rapids, MI 49546** | 3/12/2024<br>$15,657.40;<br>4/03/2024<br>$13,180.56;<br>4/12/2024<br>$15,683.58;<br>5/03/2024<br>$13,119.44;<br>5/10/2024<br>$15,533.20<br>6/03/2024<br>$12,975.00 | $86,049.18 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Holland Med. Office Equities**<br>**Chris Gates**<br>**3949 Sparks Drive SE**<br>**Suite 102**<br>**Grand Rapids, MI 49546** | 3/14/2024;<br>$13,397.60 | $13,397.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Comerical Lease__ |
| 3.3. **Helix Scribes**<br>**4100 Embassy Drive SE**<br>**Suite 400**<br>**Grand Rapids, MI 49546** | 3/18/2024;<br>16,692.76 | $16,692.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Nimble**<br>**7 Arnage Road**<br>**Chesterfield, MO 63005** | 3/19/2024<br>$54,000.00;<br>3/27/2024<br>$54,000.00;5/<br>07/2024<br>$54,109.89;<br>5/10/2024<br>$50,000.00 | $212,109.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Mutual of Omaha**<br>**Payment Processing Center**<br>**PO Box 2147**<br>**Omaha, NE 68103-2147** | 3/25/2024;<br>$16,994.56 | $16,994.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Insurance__ |
| 3.6. **2147 Health Drive, LLC**<br>**6300 Venture Hills Blvd. SW**<br>**Byron Center, MI 49315** | 3/29/2024<br>$30,000.00;<br>5/9/2024<br>$30,000.00 | $60,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Lease__ |
| 3.7. **Nexcom Properties 1, LLC**<br>**David J Jacobs**<br>**2785 Cline Road**<br>**Muskegon, MI 49444** | 3/29/2024<br>$15,185.84 | $15,185.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Lease__ |

Debtor   **Michigan Pain Consultants, P.C.**                     Case number *(if known)*  **24-01571**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8.  **Stratus Bldg Solutions of West MI** **Michele Nichols** **120 54th Street SW** **Wyoming, MI 49548** | 4/12/2024 $17,109.48; 3/14/2024 $20,812.03 | $37,921.51 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.9.  **Fahey Schultz Burzych & Rhodes** **Jessica Stewart** **4151 Okemos Road** **Okemos, MI 48864** | 4/15/2024 $12,422.50; 6/6/2024 $9,618.00 | $22,040.50 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.10.  **Eagle Park Partners LLC** **Dave Argenzio** **3235 Eagle  Park Dr NE** **Grand Rapids, MI 49525-7071** | 4/24/2024 $16,147.00; 5/25/2024 $16,147.00; 3/26/2024 16,147.00 | $48,441.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Lease__ |
| 3.11.  **eClinical Works** **Loretta Galligan** **P.O. Box 847950** **Boston, MA 02284-7950** | 4/26/2024 $43,056.92; 6/7/2024 $57,864.50; 3/13/2024 $20,476.53 | $121,397.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12.  **Curi** **Dept 4152  PO Box 30516** **Lansing, MI 48909-8016** | 5/7/2024 | $52,181.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.13.  **Mutual of Omaha** **Payment Processing Center** **PO Box 2147** **Omaha, NE 68103-2147** | 5/9/2024 $17,242.59; 6/7/2024 $16,292.59 | $33,535.18 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__Insurance__ |
| 3.14.  **Ankura Consulting Group LLC** **PO Box 74007043** **Chicago, IL 60674-7043** | 5/17/2024 | $11,111.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.15.  **Teleray** **Steve Austin** **100 Congress Ave Suite 200** **Austin, TX 78701** | 5/23/2024 | $14,998.15 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Michigan Pain Consultants, P.C.**                    Case number (if known)  **24-01571**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16  **McKesson**<br>PO Box 634404<br>Cincinnati, OH 45263-4404 | 5/31/2024<br>$14,991.47;<br>3/21/2024<br>$14,859.38;4/3/2024<br>$8,337.21;<br>4/2/2024<br>$8,103.22;<br>4/22/2024<br>$11,142.92;<br>4/23/2024<br>$30,747.63;<br>4/22/2024<br>$11,438.03 | $99,619.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17  **Michigan State University**<br>Michigan State University COM<br>Business<br>East Lansing, MI 48824-1316 | 6/6/2024 | $11,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18  **Delta Dental**<br>4100 Okemos Rd.<br>Okemos, MI 48864 | 5/13/2024<br>$9,818.35;<br>4/08/2024<br>$31,038.87 | $40,857.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.   Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | **Michigan Pain Consultants, P.C.** | Case number *(if known)* | **24-01571** |

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Fifth Third Bank**<br>**1850 East Paris SE**<br>**Attn. Com. Loan Collateral Srv**<br>**Grand Rapids, MI 49546** | **Garnished funds.**<br>Last 4 digits of account number:  **1758** | **90 days prior to filing** | $212,000.00 |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Charge of Discrimination by Rebecca Karsten against Michigan Pain Consultants**<br>471-2024-04256 | Discrimination | **U.S. Equal Employment Opportunity Commission (EEOC)**<br>**Patrick V. McNamara Federal Building**<br>**477 Michigan Ave., #865**<br>**Detroit, MI 48226** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Mick v. Gostine & Michigan Pain Consultants**<br>24-00282-NH | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 108A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

Debtor   **Michigan Pain Consultants, P.C.**                              Case number *(if known)*   **24-01571**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stevenson & Bullock P.L.C.**<br>**26100 American Drive, Ste.**<br>**500**<br>**Southfield, MI 48034** | **$30,000.00  $28,262.00 for attorney fees and $1,738 for filing fee)** | **5/29/2024** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **61 Commerce**<br>**Grand Rapids, MI 49503** | **2010-2020** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

Debtor   **Michigan Pain Consultants, P.C.**                           Case number *(if known)*   **24-01571**

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **15044 220th Ave**<br>15044 220th Ave<br>Big Rapids, MI 49307 | **Pain management** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Maintained in the cloud** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |
| 15.2. | **6896 S Greenville Rd**<br>Suite 100<br>Greenville, MI 48838 | **Pain management** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Maintained on the cloud** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |
| 15.3. | **2060 East Paris**<br>Suite 200<br>Grand Rapids, MI 49546 | **Pain management** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Maintained on the cloud** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |
| 15.4. | **844 South Washington**<br>Suite 100 (Building 1)<br>Holland, MI 49423 | **Pain managment** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Maintained on the cloud** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |
| 15.5. | **1675 E Mt. Garfield**<br>Suite 135<br>Muskegon, MI 49444 | **Pain managment** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Maintained on the cloud** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |
| 15.6. | **2147 Health Dr.**<br>Wyoming, MI 49519 | **Pain managment** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Maintained on the cloud** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |

**Part 9:   Personally Identifiable Information**

16. Does the debtor collect and retain personally identifiable information of customers?

☐   No.
■   Yes. State the nature of the information collected and retained.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 7

Debtor   **Michigan Pain Consultants, P.C.**                                          Case number (*if known*)   **24-01571**

**Heath Care Information**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Debtor plan** | EIN:  **38-2561725** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor  **Michigan Pain Consultants, P.C.**                                    Case number *(if known)*  **24-01571**

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
|  |  | Dates business existed |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Bredeweg & Zylstra, PC**<br>**4665 Broadmoor SE Suite 210**<br>**Grand Rapids, MI 49512** | **2 years prior to filing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor   **Michigan Pain Consultants, P.C.**                    Case number *(if known)*   **24-01571**

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**                                             **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Fifth Third Bank**
**1850 East Paris SE**
**Attn. Com. Loan Collateral Srv**
**Grand Rapids, MI 49546**

26d.2. **Horizon Bank, N.A.**
**2555 Cooks Rd**
**Troy, MI 48083**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bindu Popat-Lewis | 361 Manttan Road SE<br>Grand Rapids, MI 49506 | Board Member | 11.1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Scott Greenwald | 9034 Pine Island Drive NE<br>Brohman, MI 49312 | Shareholder | 11.1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Mark Juska | 1025 Anthony Drive<br>Muskegon, MI 49441 | Shareholder | 11.1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Eric Kozfkay | 2610 Alber Drive SE<br>Grand Rapids, MI 49506 | Board member and shareholder | 11.1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Adam Powell | 4184 Settlers Ridge NE<br>Belmont, MI 49306 | Board member and shareholder | 11.1% |

Debtor    **Michigan Pain Consultants, P.C.**    Case number *(if known)*    **24-01571**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bennett Willard | 8490 Feather Ridge Lane Belding, MI 48809 | Shareholder | 11.1 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| John Birgiolas | 5077 Lafting Drive Belmont, MI 49306 | Board member and shareholder | 11.1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kevin Nemeth | 8010 Shady Brook SE Ada, MI 49301 | Shareholder | 11.1% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Lisa Pullum | 10253 Baldwin Road Greenville, MI 48838 | Board member and shareholder | 11.1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Bindu Popat-Lewis | $150,000.00 per year | bi-weekly | Wages |
| | Relationship to debtor Employee, Board Member and Shareholder | | | |
| 30.2 | Scott Greenwald | $150,000.00 per year | bi-weekly | Wages |
| | Relationship to debtor Employee and shareholder | | | |
| 30.3 | Mark Juska | $150,000.00 | Bi-weekly | Wages |
| | Relationship to debtor Employee and shareholder | | | |

Debtor **Michigan Pain Consultants, P.C.**                 Case number *(if known)* **24-01571**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Eric Kozfkay** | **$150,000 per year** | **bi weekly** | **Wages** |
| | **Relationship to debtor**<br>**Employee, Board Member and**<br>**Shareholder** | | | |
| 30.5. | **Adam Powell** | **$150,000 per year** | **Bi-weekly** | **Wages** |
| | **Relationship to debtor**<br>**Employee, Board Member,**<br>**and Shareholder** | | | |
| 30.6. | **Bennett Willard** | **$100,00 per year** | **Bi-weekly** | **Wages** |
| | **Relationship to debtor**<br>**Employee and Shareholder** | | | |
| 30.7. | **John Birgiolas** | **$150,000 per year** | **Bi weekly** | **Wages** |
| | **Relationship to debtor**<br>**Employee, Board Member and**<br>**Shareholder** | | | |
| 30.8. | **Kevin Nemeth** | **$150,000.00 per year** | **Bi-Weekly** | **Wages** |
| | **Relationship to debtor**<br>**Employee and Shareholder** | | | |
| 30.9. | **Lisa Pullum** | **$150,000.00 per year** | **Bi-weekly** | **Wages** |
| | **Relationship to debtor**<br>**Employee, Board Member and**<br>**Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                 **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                 **Employer Identification number of the pension fund**

Debtor   **Michigan Pain Consultants, P.C.** _____   Case number (*if known*)  **24-01571** _____

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2024** _____

**/s/ Stacy Ward** _____          **Stacy Ward** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Executive Director** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes