# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## GRAND RAPIDS

**IN THE MATTER OF:**

Michigan Pain Consultants, P.C.

Debtor.

Bankruptcy Case No. 24-01571
Hon. Scott W. Dales
Chapter 11
*Subchapter V*

## ORDER AUTHORIZING DEBTOR TO EMPLOY COUNSEL

This matter having come before this Court upon the Debtor's Application for Authority to Employ Counsel, the Court having read same and being otherwise fully advised in the premises;

NOW, THEREFORE, upon Debtor's Application for Authority to Employ Counsel;

IT IS HEREBY ORDERED as follows:

1. The Debtor's Application for Authority to Employ Counsel is granted.

2. Charles D. Bullock and any member of Stevenson & Bullock, P.L.C., is hereby authorized and empowered to act as attorney for the Debtor, consistent with the terms of employment set forth in the Application.

3. All fees and expenses must be approved by the Court by separate Order.

4. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

**End of Order**

Prepared by:
**STEVENSON & BULLOCK, P.L.C.**
Charles D. Bullock (P55550)
Elliot G. Crowder (P76137)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Email: cbullock@sbplclaw.com
Email: ecrowder@sbplclaw.com

**IT IS SO ORDERED.**

**Dated October 29, 2024**



_____
Scott W. Dales
United States Bankruptcy Judge