UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS

IN THE MATTER OF:

Michigan Pain Consultants, P.C.

Debtor.

Bankruptcy Case No. 24-01571
Hon. Scott W. Dales
Chapter 11
*Subchapter V*

### ORDER AUTHORIZING DEBTOR TO EMPLOY SPECIAL COUNSEL

This matter having come before this Court upon the Debtor's *Ex-Parte Application for Authority to Employ Taft Stettinius & Hollister, LLP as Special Counsel* (the "Application"); the Court having read same and being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED the Application is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Debtor is authorized to employ Taft Stettinius & Hollister, LLP pursuant to the terms described in the Application and engagement letter attached as Exhibit 3 to the Application.

IT IS HEREBY FURTHER ORDERED that all fees and expenses must be approved by the Court by separate Order.

**IT IS SO ORDERED.**

**Dated October 29, 2024**



_____
Scott W. Dales
United States Bankruptcy Judge