UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Michigan Pain Consultants, P.C.,   Case No. DG24-01571
                                    Chapter 11
                                    Honorable Scott W. Dales
                                    Chief Judge

_____Debtor./

### ORDER GRANTING
### UNITED STATES TRUSTEE'S MOTION TO CONVERT
### TO CHAPTER 7 AS OF FEBRUARY 14, 2025

The United States Trustee's Motion to Convert this Case to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b) came before the Court on January 16, 2025 in Grand Rapids, Michigan. Michael V. Maggio, Esq., appeared for the United States Trustee, and Laura Kane appeared for 6896 Greenville, LLC. Mr. Maggio informed the Court of the debtor's agreement to convert to a case under Chapter 7 of the Bankruptcy Code. For the reasons stated on the record, the Court determined to grant the United States Trustee's motion as of February 14, 2025. Therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Convert under 11 U.S.C. Section 1112(b) is granted as of February 14, 2025.

2. Pursuant to 11 U.S.C. Section 112(b), this Chapter 11 case is converted to a case under Chapter 7 of the United States Bankruptcy Code on February 14, 2025.

3. Pursuant to 11 U.S.C. Section 701, the United States Trustee is ordered to designate a Chapter 7 panel Trustee as Chapter 7 Trustee for this case as of February 14, 2025.

4. Steven L. Rayman, Esq., is released as Chapter 11, Subchapter V Trustee of this case as of February 14, 2025, and any bond Steven L. Rayman has as Subchapter V Trustee of this case may be cancelled as of February 14, 2025.

5. The Clerk shall serve a copy of this Order upon the Debtor, Michigan Pain Consultants, P.C.; Steven L. Rayman, Esq., the Chapter 11, Subchapter V Trustee for this case; Elliot G. Crowder, Esq., the attorney for the debtor; Michael V. Maggio, Esq., of the Office of the United States Trustee; and any other entity listed on the mailing matrix filed in this case.

6. It is so ordered.

Consented to By:

/s/ Elliot G. Crowder
Elliot G. Crowder
Attorney for the Debtor

/s/Steven L. Rayman
Steven L. Rayman
Chapter 11 Subchapter V Trustee

Order Prepared By:
Michael V. Maggio
Trial Attorney
Office of the United States Trustee
United States Department of Justice
The Ledyard Building, Second Floor
125 Ottawa Avenue NW, Suite 200R
Grand Rapids, Michigan 49503
Tel: (616) 456-2486

[END OF ORDER]

**IT IS SO ORDERED.**

**Dated January 30, 2025**

Scott W. Dales
United States Bankruptcy Judge