# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 7 |
| MICHIGAN PAIN CONSULTANTS, P.C., | Case No. 24-01571-swd |
| Debtor. | Honorable Scott W. Dales |
| _____/ | |

## ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO ESTABLISH A BAR DATE FOR REQUESTS FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE CLAIMS AND TO APPROVE THE FORM AND MANNER OF NOTICE

Marcia Meoli, the chapter 7 Trustee, having filed her Trustee's Ex Parte Motion To Establish a Bar Date for Requests for Allowance Of Chapter 11 Administrative Claims and to Approve the Form and Manner of Notice (the "Motion") [Dkt. No. 240]; the Court having reviewed said Motion and having determined that no advance notice of the Motion is required; subject to notice of the entry of this order; and being otherwise fully advised;

IT IS HEREBY ORDERED that the deadline by which requests for allowance of an administrative expense incurred or arising on or before February 14, 2025, must be filed with the Court is 5:00 p.m. Eastern Time on June 30, 2025 (the "Administrative Expense Bar Date").

IT IS FURTHER ORDERED Any claimant who fails to submit their request for allowance of administrative expenses on or before the Administrative Expense Bar Date be forever barred, estopped, and enjoined from asserting an administrative expense claim that such person or entity possesses against this estate or Trustee.

IT IS FURTHER ORDERED that the Notice of Deadline for Filing Administrative Claims attached to the Trustee's Motion as Exhibit A (the "Notice") and a copy of this Order, shall be served by the Trustee via first class mail, email, or ECF, no later than three days after the entry of this Order upon:

1) All persons or entities which have filed an appearance in this proceeding;

2) All parties who have filed a proof of claim in this proceeding;

3) All persons or entities on the Court's Mailing Matrix;

4) All persons or entities whom the Trustee reasonably believes may hold administrative expense claims.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated May 5, 2025**



Scott W. Dales
United States Bankruptcy Judge